UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORATO DE LEON,<br><br>       Plaintiff,<br><br>       v.<br><br>CHECKPOINT TECHNOLOGIES LLC,<br><br>       Defendant. | Case No. 15-cv-02655-NC<br><br>**ORDER TO DISMISS**<br><br>Re: Dkt. No. 14 |

Upon review of the proposed settlement of FLSA claims in this case, the Court determines that the settlement "is a fair and reasonable resolution of a bona fide dispute." *See Lynn Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties have withdrawn their motion to seal at Docket 14. In accordance with the stipulation of dismissal, the Court now dismisses this case with prejudice, with each side to pay its own costs and fees related to the suit, other than as specified in the settlement. The Clerk of Court is requested to terminate this case.

**IT IS SO ORDERED.**

Dated: September 2, 2015

                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge